UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** V. NANCY SUNSHINE LYONS, **Defendant.** | CRIMINAL NO. 6:07-CR-106-KKC-HAI ORDER |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Magistrate Judge Hanly A. Ingram's Recommended Disposition. [DE 60.] On March 3, 2008, Defendant plead guilty to conspiracy to possess with intent to distribute more than five grams of crack cocaine in violation of 21 U.S.C. § 846. [DE 22.] On July 17, 2008, this Court sentenced Defendant to 120 months imprisonment followed by an eight year term of supervised release. [DE 30.] Defendant began her supervised release term on September 18, 2015.

On June 8, 2016, the United States Probation Office submitted a Supervised Release Violation Report charging Defendant with three violations of her supervised release. At the final revocation hearing on June 24, 2016, Defendant entered a knowing, voluntary, and intelligent stipulation to all three violations. [DE 59.] Counsel for the United States and the Defendant both argued in favor of a term of imprisonment of eighteen months followed by eight years of supervised release with credit for time completed on supervision before revocation. [DE 60 at 4-5.]

Based on a review of the record and having heard oral arguments, the Magistrate Judge adopted the agreed-upon sentence. He therefore recommended revocation of

Defendant's supervised release, incarceration for a term of eighteen months, and imposition of a term of supervised release of eight years, less the amount of time served while on supervision prior to this revocation. [DE 60 at 7-8.] The Magistrate Judge further recommended that a status conference be set three years after Defendant's release from imprisonment in order to evaluate her for early termination from supervised release, thereby affording her an incentive to comply with the terms of her supervised release. [DE 61 at 8.] The Magistrate Judge advised the parties that they had fourteen days in which to file objections to the recommendation.

Defendant thereafter filed a Waiver of Allocution. [DE 61.] Neither party filed any objections to the Magistrate Judge's Recommended Disposition.

Accordingly, **IT IS ORDERED** that:

1. The Magistrate Judge's Recommended Disposition [DE 60] is **ADOPTED** as and for the opinion of this Court;

2. Three years after Defendant's release from incarceration, this matter shall be referred to a Magistrate Judge to set a status conference to evaluate Defendant for early termination from supervised release; and

3. Judgment shall be entered consistent with this Order.

Dated July 22, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY