UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES,<br><br>　　Plaintiff,<br><br>V.<br><br>NANCY SUNSHINE LYONS,<br><br>　　Defendant. | CRIMINAL ACTION NO.<br>6:07-CR-106-KKC<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on the Recommended Disposition [DE 74] prepared by Magistrate Judge Hanly A. Ingram. No party has filed objections to the Recommended Disposition and the Defendant has filed a Waiver of Allocution. [DE 75-1.] The Court HEREBY ORDERS that the Recommended Disposition [DE 74] is **adopted in its entirety**. The Court further ORDERS that the United States Probation Office **shall prepare** a judgment in accordance with the Recommended Disposition and this Order.

Dated November 14, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY