UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:07-CR-106-KKC-HAI |
| Plaintiff, | |
| v. | ORDER |
| NANCY SUNSHINE LYONS, | |
| Defendant. | |

******************

This matter is before the Court on a Recommended Disposition (DE 90) in which Magistrate Judge Hanly A. Ingram makes certain recommendations regarding Defendant Nancy Sunshine Lyons's stipulated violations of the terms of her supervised release. No party filed objections to the recommendation and the defendant waived her right to appear before the district judge and to make a statement and present mitigating information.

The United States recommended a sentence of 12 months of imprisonment and a two-year term of supervision. Defense counsel did not make a recommendation regarding the defendant's sentence, except to state that there would be no objection to "lifetime supervision." (DE 90 at 3.) The magistrate judge ultimately recommends that the Court find the defendant guilty of the violations, sentenced to a term of imprisonment of time served, and extend her supervised release to October 11, 2024. (*Id.* at 9.)

Having reviewed the recommended disposition and agreeing with its analysis, the Court hereby ORDERS as follows:

1) the Recommended Disposition (DE 90) is ADOPTED as the Court's opinion; and

2) a judgment consistent with this order and the recommended disposition will be entered.

This 23rd day of April, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY